requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2017. IN RE DISBARMENT OF GLEE. Willi James Glee, of Charleston, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2018. IN RE DISBARMENT OF MARTUCCI. Joseph C. Martucci, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2019. IN RE DISBARMENT OF FROST. Jack Nowell Frost, of Plainfield, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 98–5804. IN RE SMITH. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 98–726. IN RE LUKACS; and
No. 98–6354. IN RE SHAWLEY. Petitions for writs of mandamus denied.

No. 98–6391. IN RE MASON. Petition for writ of mandamus denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–470. RUHRGAS AG v. MARATHON OIL CO. ET AL. C. A. 5th Cir. Certiorari granted. 